RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Brandon Curtis Boozel

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No.: 2:15-mj-466-CWH |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE BENCH TRIAL** |
| vs. | (Second Request) |
| BRANDON CURTIS BOOZEL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat, Assistant Federal Public Defender, counsel for defendant BRANDON CURTIS BOOZEL, that the bench trial currently scheduled for September 9, 2015, at the hour of 9:00 a.m., be vacated and set to a date and time convenient to this court, but in no event earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Client is still in the process of retaining Todd Levanthal as counsel in this matter. Undersigned counsel has been in contact with Mr. Levanthal's office concerning this case. Because Mr. Levanthal is not counsel of record yet (and therefore cannot file the request for continuance), the Federal Public Defender's office is requesting a continuance of this matter to allow time for Mr. Boozell to retain counsel, consult with new counsel and decide how to proceed in this case.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. This is the second request to continue the bench trial date filed herein.

DATED this 8th day of September, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States of America |
|---|---|
| By: */s/ Rachel Korenblat*<br>RACHEL KORENBLAT<br>Assistant Federal Public Defender<br>Counsel for Defendant | By: */s/ Nadia Janjua Ahmed*<br>NADIA JANJUA AHMED<br>Assistant United States Attorney<br>Counsel for the Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRANDON CURTIS BOOZEL,<br><br>    Defendant. | 2:15-mj-466-CWH<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS THEREFORE ORDERED that the bench trial currently scheduled for September 9, 2015, at the hour of 9:00 a.m., be vacated and continued to October 14, 2015 at 9:00 a.m.

DATED: September 8, 2015

_____
UNITED STATES MAGISTRATE JUDGE

3