```
RECEIVED
___ FILED       ___ SERVED ON
___ ENTERED     COUNSEL/PARTIES OF RECORD

       MAY 26 2016

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-mj-466-CWH |
| vs. | **ORDER REINSTATING BOND** |
| BRANDON CURTIS BOOZELL, | |
| Defendant. | |

The appearance bond entered April 18, 2016, (CM/ECF [22]) is **stricken.**

IT IS ORDERED that the appearance bond entered May 26, 2015, (CM/ECF [2]) is reinstated. The defendant shall be subject to supervised pretrial release and all conditions of supervision previously imposed.

DATED this 26th day of May, 2016.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge